**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 05-2148**

———————

TINA L. HUNT,

Plaintiff - Appellant,

versus

JO ANNE B. BARNHART,

Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington.  Malcolm J. Howard, District Judge.  (CA-04-146)

———————

Submitted:  October 27, 2006          Decided:  November 9, 2006

———————

Before NIEMEYER and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

William L. Davis, III, Lumberton, North Carolina, for Appellant. Frank D. Whitney, United States Attorney, Anne M. Hayes, Joshua B. Royster, Assistant United States Attorneys, Raleigh, North Carolina, Stephanie F. Kiley, Social Security Administration, Office of General Counsel, Raleigh, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Tina L. Hunt appeals the district court's order affirming the Commissioner's denial of supplemental security income benefits. We must uphold the decision to deny benefits if the decision is supported by substantial evidence and the correct law was applied. See 42 U.S.C. § 405(g) (2000); Craig v. Chater, 76 F.3d 585, 589 (4th Cir. 1996). We have thoroughly reviewed the administrative record and the parties' briefs and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Hunt v. Barnhart, No. CA-04-146 (E.D.N.C. Aug. 29, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

- 2 -